**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Billy Ray Pesnell
The Pesnell Law Firm
400 Travis Street, Suite 1100
Shreveport LA 71101

**REHEARING ACTION: May 18, 2011**

**Docket Number: 10   00941-CA**

**DORIS KAY HENRY**
**VERSUS**
**MARLAN W. ANDERSON**

**Appealed from Natchitoches Parish Case No. C-82374, Div. A**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters**
    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Doris Kay Henry** has this day been

    **DENIED.**

cc: William Roby Jones, Counsel for the Appellee